# EXHIBIT A

Case: 5:16-cv-01870-JRA  Doc #: 1-1  Filed: 07/25/16  2 of 2.  PageID #: 11

### 761.02  PEDDLING AND SOLICITING PROHIBITED.

No person shall peddle or solicit within the Municipality as the terms are defined in Section 761.01.  (Ord. 67-2008.  Passed 9-25-08.)