# EXHIBIT B

**761.01 DEFINITIONS.**

As used in this chapter, certain terms are defined as follows:

(a) "Peddling" means any person who travels door to door either by foot, automobile, truck, or any other type of conveyance and calls upon business places, or private residences, including any house, apartment or other dwelling within the Municipality taking or attempting to take orders for profit for the sale of goods, wares, merchandise or personal property of any nature whatsoever for immediate or future delivery or for services to be furnished or performed immediately or in the future.

(b) "Soliciting" means any person seeking to obtain funds for any cause whatsoever by traveling door to door either by foot, automobile, truck or any type of conveyance in calling upon business places or private residences including any house, apartment or other dwelling within the Municipality. Specifically, included in this definition of soliciting shall be any persons soliciting the consent of any owner of property to an oil and gas lease by traveling door to door either by foot, automobile, truck or any type of conveyance in calling upon business places or private residences including any house, apartment or other dwelling within the Municipality. The solicitation by a minor for a charitable or non-profit organization, local school district fundraising drives, ice cream trucks and newspaper carriers of customers of newspapers which are regularly delivered or will be regularly delivered shall not be included in this definition.

(c) "Canvassing" means any person who calls at business places or private residences without the invitation or previous consent of the owner(s) or occupant(s) of such premises for the purpose of any one or more of the following activities:

(1) Seeking to obtain from the occupant of any business place or residence an indication of such occupant's belief in regard to any social, political, religious or similar matters; or

(2) Seeking to influence the personal belief of the occupant of any business place or residence in regard to any social, political, religious or similar matters; or

(3) Taking of a poll or census of any person, firm or corporation other than a governmental body or agency thereof.

(Ord. 67-2008. Passed 9-25-08.)